NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**FIRST QUALITY BABY PRODUCTS, LLC,**
*Appellant*

**v.**

**KIMBERLY-CLARK WORLDWIDE, INC.,**
*Appellee*

—————————

2015-1208

—————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,416.

—————————

## JUDGMENT

—————————

KENNETH GEORGE, Amster Rothstein & Ebenstein LLP, New York, NY, argued for appellant. Also represented by MARK BERKOWITZ, BRIAN A. COMACK.

RICHARD LOUIS BRIDGE, Armstrong Teasdale LLP, St. Louis, MO, argued for appellee. Also represented by PATRICK E. BRENNAN.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 October 14, 2015         /s/ Daniel E. O'Toole
Date                Daniel E. O'Toole
                    Clerk of Court